# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GASS, ANDREW B. | § | Case No. 18-06458 ABG |
| GASS, ASTA | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/06/2018. The undersigned trustee was appointed on 03/06/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     8,281.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 31.90 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 4,848.44 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $     3,401.41

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/20/2018 and the deadline for filing governmental claims was 09/04/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 858.33 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 858.33 , for a total compensation of $ 858.33 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.60 , for total expenses of $ 22.60 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2018        By: /s/ANDREW J. MAXWELL, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 18-06458 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GASS, ANDREW B. | Date Filed (f) or Converted (c): | 03/06/18 (f) |
| | GASS, ASTA | 341(a) Meeting Date: | 04/10/18 |
| For Period Ending: | 09/19/18 | Claims Bar Date: | 07/20/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 603 S. Arlington Heights rd Arlington Height IL | 329,000.00 | 0.00 | | 0.00 | FA |
| Single-family home, P.I.N. 03-32-304-001-0000; 03 | | | | | |
| 2. 2016 Hyundai Tucson Sport mileage: 31000 | 12,600.00 | 0.00 | | 0.00 | FA |
| 3. 2012 Jeep Liberty mileage: 90000 | 6,700.00 | 0.00 | | 0.00 | FA |
| 4. 2 couches, 2 arm chairs, 1 love seat, 1 bed, 1 cof | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 2 TVs, 1 desktop computer, 1 laptop, 2 printers, 2 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 2 Bicycles | 300.00 | 0.00 | | 0.00 | FA |
| 7. Men's wearing apparel Women's wearing apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Jewelry and 10 watches | 1,600.00 | 0.00 | | 0.00 | FA |
| 9. 2 dogs | 1.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 11. JPMorgan Chase Bank, N.A. PO Box 659754 San Antoni | 619.29 | 0.00 | | 0.00 | FA |
| 12. JPMorgan Chase Bank, N.A. PO Box 659754 San Antoni | 689.42 | 0.00 | | 0.00 | FA |
| 13. JPMorgan Chase Bank, N.A. PO Box 659754 San Antoni | 9.92 | 0.00 | | 0.00 | FA |
| 14. Devon Bank 950 Milwaukee Ave. Glenview, IL 60025 | 302.17 | 0.00 | | 0.00 | FA |
| 15. Acorn Online Investment | 450.00 | 0.00 | | 0.00 | FA |
| 16. Acorn Online Investment | 541.00 | 0.00 | | 0.00 | FA |
| 17. Uno Mas Cucina and Tequila, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 18. Unpaid Loans from Uno Mas Cucina and Tequila, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 19. collateral for Byline Bank loan (UCC-1 filed 2/17/ | Unknown | 0.00 | | 0.00 | FA |
| 20. TAX REFUND (u) | 19,562.00 | 8,281.75 | | 8,281.75 | FA |
| 2018 Federal and Illinois tax refund (amended schedule A/B) | | | | | |
| TOTALS (Excluding Unknown Values) | $376,474.80 | $8,281.75 | | $8,281.75 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Case 18-06458  Doc 40  Filed 10/03/18  Entered 10/03/18 11:29:46  Desc Main
Document      Page 4 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 18-06458  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | GASS, ANDREW B. | Date Filed (f) or Converted (c): | 03/06/18 (f) |
| | GASS, ASTA | 341(a) Meeting Date: | 04/10/18 |
| | | Claims Bar Date: | 07/20/18 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

341 meeting held on April 10, 2018

2017 REFUND 18,248 EIC= 0, some wildcard exemption applied

RE VALUE(REDFIN 366K, ZILLOW 300K ,REALTOR 400K) question

SEVERAL BANK ACCOUNTS (failed restaurant business)

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

Page: 1

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-06458 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | GASS, ANDREW B. | Bank Name: | ASSOCIATED BANK |
| | GASS, ASTA | Account Number / CD #: | *******3035  Checking Account |
| Taxpayer ID No: | *******7055 | | |
| For Period Ending: | 09/19/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  05/11/18 | 20 | UNITED STATES TREASURY | TAX RETURNS 2017 | 1224-000 | 8,281.75 | | 8,281.75 |
| C  06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,271.75 |
| C  07/03/18 | 010001 | ANDREW AND ASTA GASS<br>603 S. ARLINGTON HEIGHTS RD<br>ARLINGTON HEIGHTS IL 60005 | EXEMPTION | 8100-000 | | 4,848.44 | 3,423.31 |
| C  07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.90 | 3,411.41 |
| C  08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,401.41 |

\* Reversed
t Funds Transfer
C Bank Cleared

| | COLUMN TOTALS | 8,281.75 | 4,880.34 | 3,401.41 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 8,281.75 | 4,880.34 | |
| | Less: Payments to Debtors | | 4,848.44 | |
| | Net | 8,281.75 | 31.90 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3035 | 8,281.75 | 31.90 | 3,401.41 |
| | 8,281.75 | 31.90 | 3,401.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    8,281.75    4,880.34

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 18-06458 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GASS, ANDREW B. | | Bank Name: | ASSOCIATED BANK |
| | GASS, ASTA | | Account Number / CD #: | *******3035 Checking Account |
| Taxpayer ID No: | *******7055 | | | |
| For Period Ending: | 09/19/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 19, 2018 |
|---|---|---|---|---|---|---|

Case Number: 18-06458  
Debtor Name: GASS, ANDREW B.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $858.33 | $0.00 | $858.33 |
| 001<br>2200-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $22.60 | $0.00 | $22.60 |
| | Subtotal for Class Administrative | | | $880.93 | $0.00 | $880.93 |
| 000001A<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Priority | | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,929.36 | $0.00 | $7,929.36 |
| 000003<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,435.25 | $0.00 | $3,435.25 |
| 000004<br>070<br>7100-00 | BYLINE BANK<br>C/O DAVID L HAZAN GRACH<br>MASINI, HAZAN & GURYSH, LLP<br>I40 S MILWAUKEE AVE<br>LIBERTYVILLE, IL 60048 | Unsecured | | $228,102.00 | $0.00 | $228,102.00 |
| 000005<br>070<br>7100-00 | Old Republic Insurance Company<br>c/o Republic Equity Credit Services<br>307 N. Michigan Ave. 13th Fl<br>Chicago, IL 60601-5382 | Unsecured | | $73,170.82 | $0.00 | $73,170.82 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,124.29 | $0.00 | $3,124.29 |
| 000007<br>070<br>7100-00 | Reinhart FoodService, LLC<br>Attn: Jeff Peters<br>100 Harborview Plaza<br>La Crosse, WI 54601 | Unsecured | | $10,044.33 | $0.00 | $10,044.33 |
| 000008<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | | $1,214.70 | $0.00 | $1,214.70 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 19, 2018 |
|---|---|---|---|---|---|---|

Case Number: 18-06458
Debtor Name: GASS, ANDREW B.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009<br>070<br>7100-00 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | | $517.96 | $0.00 | $517.96 |
| 000010<br>070<br>7100-00 | PYOD, LLC<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $1,160.37 | $0.00 | $1,160.37 |
| 000011<br>070<br>7100-00 | Rock Fusco & Connelly, LLC<br>321 N. Clark St., Ste. 2200<br>Chicago, IL 60654 | Unsecured | | $1,842.00 | $0.00 | $1,842.00 |
| 000012<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(BANANA REPUBLIC)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $716.22 | $0.00 | $716.22 |
| 000013<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(AMAZON)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $3,314.79 | $0.00 | $3,314.79 |
| | Subtotal for Class Unsecured | | | $334,572.09 | $0.00 | $334,572.09 |
| | Case Totals: | | | $335,453.02 | $0.00 | $335,453.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-06458 ABG
Case Name: GASS, ANDREW B.
         GASS, ASTA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

|  | Balance on hand | $ | 3,401.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 858.33 | $ 0.00 | $ 858.33 |
| Trustee Expenses: ANDREW J. MAXWELL, TRUSTEE | $ 22.60 | $ 0.00 | $ 22.60 |

Total to be paid for chapter 7 administrative expenses      $      880.93
Remaining Balance                                            $    2,520.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 2,520.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 334,572.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 7,929.36 | $ 0.00 | $ 59.74 |
| 000003 | Discover Bank | $ 3,435.25 | $ 0.00 | $ 25.88 |
| 000004 | BYLINE BANK | $ 228,102.00 | $ 0.00 | $ 1,718.39 |
| 000005 | Old Republic Insurance Company | $ 73,170.82 | $ 0.00 | $ 551.23 |
| 000006 | Capital One Bank (USA), N.A. | $ 3,124.29 | $ 0.00 | $ 23.54 |
| 000007 | Reinhart FoodService, LLC | $ 10,044.33 | $ 0.00 | $ 75.67 |
| 000008 | Synchrony Bank | $ 1,214.70 | $ 0.00 | $ 9.15 |
| 000009 | LVNV FUNDING, LLC | $ 517.96 | $ 0.00 | $ 3.90 |
| 000010 | PYOD, LLC | $ 1,160.37 | $ 0.00 | $ 8.74 |
| 000011 | Rock Fusco & Connelly, LLC | $ 1,842.00 | $ 0.00 | $ 13.88 |
| 000012 | Portfolio Recovery Associates, LLC | $ 716.22 | $ 0.00 | $ 5.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Portfolio Recovery Associates, LLC | $ 3,314.79 | $ 0.00 | $ 24.97 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,520.48 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE