**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: UNLIMITED ROOFING UPGRADER, LLC             § Case No. 15-12398
                                                   §
                                                   §
Debtor(s)                                          §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 07, 2015. The undersigned trustee was appointed on April 07, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        48,147.65

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                         0.00
   Administrative expenses                                       51.61
   Bank service fees                                          2,212.57
   Other payments to creditors                                    0.00
   Non-estate funds paid to 3rd Parties                           0.00
   Exemptions paid to the debtor                                  0.00
   Other payments to the debtor                                   0.00

   Leaving a balance on hand of[1]       $        45,883.47

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/06/2015 and the deadline for filing governmental claims was 10/04/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,564.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,564.77, for a total compensation of $5,564.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2018            By: /s/THOMAS E. SPRINGER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-12398  
**Case Name:** UNLIMITED ROOFING UPGRADER, LLC

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 04/07/15 (f)  
**§341(a) Meeting Date:** 05/04/15  

**Period Ending:** 08/28/18  
**Claims Bar Date:** 08/06/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BMO Harris checking account. | 9,000.00 | 5,122.92 | | 5,122.92 | FA |
| 2 | Accounts receivable. American Dream Home Improvement, Inc.<br>3040 S. FInley Rd., Ste 200, Downers Grove, IL 60515 | 32,903.75 | 33,677.94 | | 40,524.73 | FA |
| 3 | Preference Adversary Settlement (Burciaga) (u) | 25,000.00 | 2,500.00 | | 2,500.00 | FA |
| 3 | **Assets**   **Totals** (Excluding unknown values) | **$66,903.75** | **$41,300.86** | | **$48,147.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has reviewed the Debtor's financial records and has requested further information from the Debtor's principal regarding various potential preference payments and/or fraudulents transfers  as well as demand for turnover from Debtor's principal for funds spent post-petition from bank account.  Rule 2004 exam taken by Trustee's attorney.

Settlement and compromise reached with Debtor's principal based on claims filed. Trustee was ready to prepare Final Report until claim 2 amended on 1/2/18 based on judgment entered against Debtor 1/2/18.  Trustee to review and take appropriate action.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2016          **Current Projected Date Of Final Report (TFR):**    July 27, 2018  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-12398  
**Case Name:** UNLIMITED ROOFING UPGRADER, LLC  
**Taxpayer ID #:** **-***9272  
**Period Ending:** 08/28/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/15 | {2} | Illini Legal Service, P.C. | Collected Receivables | 1121-000 | 33,677.94 | | 33,677.94 |
| 06/08/15 | {2} | American Dream Home Improvement | Collected Receivables | 1121-000 | 6,846.79 | | 40,524.73 |
| 07/28/15 | {1} | BMO Harris Bank N.A. | Settlement Pursuant to Order | 1129-000 | 2,867.10 | | 43,391.83 |
| 07/28/15 | {1} | BMO Harris Bank N.A. | Settlement Pursuant to Order | 1129-000 | 176.16 | | 43,567.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.84 | 43,501.15 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.56 | 43,438.59 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.39 | 43,378.20 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.63 | 43,309.57 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.05 | 43,249.52 |
| 02/25/16 | {1} | Sergio A. Burciaga | Settlement Pursuant to Order | 1129-000 | 2,079.66 | | 45,329.18 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-12398, Bond Premium | 2300-000 | | 23.29 | 45,305.89 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.16 | 45,245.73 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.41 | 45,174.32 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.63 | 45,111.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.55 | 45,049.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.08 | 44,978.06 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.36 | 44,915.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.87 | 44,844.83 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.32 | 44,780.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.09 | 44,718.42 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.42 | 44,650.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.04 | 44,585.96 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.39 | 44,517.57 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-12398, Bond #016073584 | 2300-000 | | 15.45 | 44,502.12 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.74 | 44,442.38 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.05 | 44,376.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.57 | 44,316.76 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.11 | 44,246.65 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.64 | 44,183.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.43 | 44,121.58 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.81 | 44,051.77 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.24 | 43,990.53 |

Subtotals: $45,647.65 $1,657.12

{} Asset reference(s)

Printed: 08/28/2018 08:54 AM V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-12398 | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|
| Case Name: | UNLIMITED ROOFING UPGRADER, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***9272 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/28/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.49 | 43,923.04 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.17 | 43,859.87 |
| 12/28/17 | {3} | Sergio A. Burciaga | Settlement of preference adversary | 1241-000 | 500.00 | | 44,359.87 |
| 12/28/17 | {3} | Sergio A. Burciaga | Settlement of preference adversary | 1241-000 | 1,000.00 | | 45,359.87 |
| 12/28/17 | {3} | Sergio A. Burciaga | Settlement of preference adversary | 1241-000 | 1,000.00 | | 46,359.87 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.10 | 46,298.77 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.25 | 46,225.52 |
| 02/13/18 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #15-12398, yearly bond premium | 2300-000 | | 12.87 | 46,212.65 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.04 | 46,150.61 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.38 | 46,084.23 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.07 | 46,020.16 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.81 | 45,947.35 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.88 | 45,883.47 |
| | | | **ACCOUNT TOTALS** | | 48,147.65 | 2,264.18 | $45,883.47 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 48,147.65 | 2,264.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $48,147.65 | $2,264.18 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2766** | 48,147.65 | 2,264.18 | 45,883.47 |
| | $48,147.65 | $2,264.18 | $45,883.47 |

{} Asset reference(s)

Printed: 08/28/2018 08:54 AM V.14.14

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2015

**Case Number:** 15-12398  
**Debtor Name:** UNLIMITED ROOFING UPGRADER, LLC

Page: 1

**Date:** August 28, 2018  
**Time:** 08:54:35 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,564.77 | $0.00 | 5,564.77 |
| 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $15,241.00 | $0.00 | 15,241.00 |
| 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road, Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $599.66 | $0.00 | 599.66 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $28.32 | $28.32 | 0.00 |
| BOND2 200 | Arthur B. Levine Company<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | Admin Ch. 7 | | $23.29 | $23.29 | 0.00 |
| 1 610 | Lino Campos d/b/a<br>Diamond Exteriors & David's Construction<br>Porro Niermann & Petersen LLC,821 West G<br>Aurora, IL 60506 | Unsecured | Order on Objection to claim reducing to $24,821.58 entered 7/7/17 | $24,821.58 | $0.00 | 24,821.58 |
| 2 610 | Carlos Garcia and CMG Roofing<br>Cunningham & Smith Law Group<br>22 W. Washington, Suite 1500<br>Chicago, IL 60602 | Unsecured | Order on Objection to claim reducing to $4,926.80 entered 7/7/17 | $4,926.80 | $0.00 | 4,926.80 |
| **<< Totals >>** | | | | 51,205.42 | 51.61 | 51,153.81 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-12398
Case Name: UNLIMITED ROOFING UPGRADER, LLC
Trustee Name: THOMAS E. SPRINGER

**Balance on hand:** $ 45,883.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 45,883.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 5,564.77 | 0.00 | 5,564.77 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 15,241.00 | 0.00 | 15,241.00 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 599.66 | 0.00 | 599.66 |
| Other Expenses: Arthur B. Levine Company | 23.29 | 23.29 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 28.32 | 28.32 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 21,405.43
Remaining balance: $ 24,478.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 24,478.04

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 24,478.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,748.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lino Campos d/b/a | 24,821.58 | 0.00 | 20,424.09 |
| 2 | Carlos Garcia and CMG Roofing | 4,926.80 | 0.00 | 4,053.95 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 24,478.04 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**