# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GASS, ANDREW B. | § | Case No. 18-06458 ABG |
| GASS, ASTA | § | |
| | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/07/2018 in Courtroom 642,

United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/05/2018          By: /s/ Andrew J. Maxwell
                                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*20 N. CLARK*
*SUITE 200*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GASS, ANDREW B. | § | Case No. 18-06458 ABG |
| GASS, ASTA | § | |
| | § | |
| Debtors | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,281.75 |
| and approved disbursements of | $ | 4,880.34 |
| leaving a balance on hand of[1] | $ | 3,401.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 858.33 | $ 0.00 | $ 858.33 |
| Trustee Expenses: ANDREW J. MAXWELL, TRUSTEE | $ 22.60 | $ 0.00 | $ 22.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 880.93 |
| Remaining Balance | $ | 2,520.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)** *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $          0.00 | $          0.00 | $          0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid to priority creditors | $ | 0.00 |
| | Remaining Balance | $ | 2,520.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 334,572.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $          7,929.36 | $          0.00 | $          59.74 |
| 000003 | Discover Bank | $          3,435.25 | $          0.00 | $          25.88 |
| 000004 | BYLINE BANK | $          228,102.00 | $          0.00 | $          1,718.39 |
| 000005 | Old Republic Insurance Company | $          73,170.82 | $          0.00 | $          551.23 |
| 000006 | Capital One Bank (USA), N.A. | $          3,124.29 | $          0.00 | $          23.54 |
| 000007 | Reinhart FoodService, LLC | $          10,044.33 | $          0.00 | $          75.67 |
| 000008 | Synchrony Bank | $          1,214.70 | $          0.00 | $          9.15 |
| 000009 | LVNV FUNDING, LLC | $          517.96 | $          0.00 | $          3.90 |
| 000010 | PYOD, LLC | $          1,160.37 | $          0.00 | $          8.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Rock Fusco & Connelly, LLC | $ 1,842.00 | $ 0.00 | $ 13.88 |
| 000012 | Portfolio Recovery Associates, LLC | $ 716.22 | $ 0.00 | $ 5.39 |
| 000013 | Portfolio Recovery Associates, LLC | $ 3,314.79 | $ 0.00 | $ 24.97 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,520.48 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*3010 N. CALIFORNIA AVENUE*
*CHICAGO, IL 60618*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-06458-ABG
Andrew B. Gass                                                        Chapter 7
Asta Gass
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrivera          Page 1 of 2          Date Rcvd: Oct 05, 2018
                             Form ID: pdf006         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db/jdb       +Andrew B. Gass,   Asta Gass,   603 S. Arlington Heights Rd.,   Arlington Heights, IL 60005-2623
26517790     +Byline Bank,   c/o David L. Hazan; Grach,,   Masini, Hazan & Gurysh, LLP,
              140 S. Milwaukee Avenue,   Libertyville, IL 60048-2815
26517827     +Old Republic Insurance Company,   c/o Republic Equity Credit Services,
              307 N. Michigan Ave. 13th Fl,   Chicago, IL 60601-5311
26842663     +Reinhart FoodService, LLC,   Attn: Jeff Peters,   100 Harborview Plaza,
              La Crosse, WI 54601-4290
26517828     +Rock Fusco & Connelly, LLC,   321 N. Clark St., Ste. 2200,   Chicago, IL 60654-4614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26714151      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 06 2018 01:09:59
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
26517805      E-mail/Text: cio.bncmail@irs.gov Oct 06 2018 00:55:59     Department of the Treasury,
              Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
26679267      E-mail/Text: mrdiscen@discover.com Oct 06 2018 00:55:48     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
26899551      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 06 2018 01:10:10
              LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
              Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
26918020      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2018 01:08:20
              Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,   (AMAZON),   POB 41067,
              Norfolk, VA 23541
26914587      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2018 01:10:01
              Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,   (BANANA REPUBLIC),
              POB 41067,   Norfolk, VA 23541
26903312     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 06 2018 01:09:14
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
26899111     +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2018 01:08:20     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                     TOTAL: 8

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                    Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Andrew J Maxwell, ESQ   maxwelllawchicago@yahoo.com,
              amaxwell@iq7technology.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
              Carolina Y. Sales   on behalf of Debtor 2 Asta  Gass csales@bauch-michaels.com,
              smohan@bauch-michaels.com
              Carolina Y. Sales   on behalf of Debtor 1 Andrew B. Gass csales@bauch-michaels.com,
              smohan@bauch-michaels.com
              Kenneth A. Michaels, Jr   on behalf of Debtor 1 Andrew B. Gass kmichaels@bauch-michaels.com,
              smohan@bauch-michaels.com
              Kenneth A. Michaels, Jr   on behalf of Debtor 2 Asta  Gass kmichaels@bauch-michaels.com,
              smohan@bauch-michaels.com
              Patrick S Sayng   USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bauch  on behalf of Debtor 2 Asta  Gass pbauch@bauch-michaels.com,
              smohan@bauch-michaels.com

```
District/off: 0752-1          User: mrivera           Page 2 of 2          Date Rcvd: Oct 05, 2018
                             Form ID: pdf006          Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul M Bauch    on behalf of Debtor 1 Andrew B. Gass pbauch@bauch-michaels.com,
           smohan@bauch-michaels.com
          Zhiqi  Wu    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@hsbattys.com,  bk4hsbm@gmail.com
                                                                            TOTAL: 9
```