UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
GASS, ANDREW B. § Case No. 18-06458
GASS, ASTA §
         Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Andrew J. Maxwell, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $315,000.00<br>(Without deducting any secured claims) | Assets Exempt: $48,082.46 |
| Total Distributions to Claimants: $2,543.08 | Claims Discharged<br>Without Payment: $729,360.16 |
| Total Expenses of Administration: $890.23 | |

   3) Total gross receipts of $8,281.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,848.44 (see **Exhibit 2**), yielded net receipts of $3,433.31 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $588,331.12 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $912.83 | $890.23 | $890.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $12,600.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $411,492.38 | $334,572.09 | $334,572.09 | $2,543.08 |
| **TOTAL DISBURSEMENTS** | $1,012,423.50 | $335,484.92 | $335,462.32 | $3,433.31 |

4) This case was originally filed under chapter 7 on 03/06/2018. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   01/09/2019                  By :   /s/ Andrew J. Maxwell
                                             Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | $8,281.75 |
| **TOTAL GROSS RECEIPTS** | | **$8,281.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ANDREW AND ASTA GASS | EXEMPTION | 8100-002 | $4,848.44 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,848.44** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Byline Bank; | | NA | NA | NA | $0.00 |
| | Byline Bank;Attn: Penny J. | | NA | NA | NA | $0.00 |
| | Byline Bank;McKenna Storer | | NA | NA | NA | $0.00 |
| | Cook County Treasurer; | | $6,512.34 | NA | NA | $0.00 |
| | CRB Auto; | | $15,368.31 | NA | NA | $0.00 |
| | Chase Auto Account; | | $19,032.89 | NA | NA | $0.00 |
| | Byline Bank;Attn: Penny J. | | $224,664.58 | NA | NA | $0.00 |
| | Freedom Mortgage Corp.; | | $322,753.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$588,331.12** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Andrew J. Maxwell | 2100-000 | NA | $858.33 | $858.33 | $858.33 |
| Andrew J. Maxwell | 2200-000 | NA | $22.60 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | $31.90 | $31.90 | $31.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $912.83 | $890.23 | $890.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury; | | $3,900.00 | NA | NA | $0.00 |
| 000001A | DEPARTMENT OF THE TREASURY | 5800-000 | $8,700.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $12,600.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | LVNV FUNDING LLC | 7100-001 | NA | $517.96 | $517.96 | $3.94 |
| 8 | SYNCHRONY BANK | 7100-000 | NA | $1,214.70 | $1,214.70 | $9.23 |
| 7 | REINHART FOODSERVICE, LLC | 7100-000 | NA | $10,044.33 | $10,044.33 | $76.35 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $3,071.07 | $3,124.29 | $3,124.29 | $23.75 |
| 5 | OLD REPUBLIC INSURANCE | 7100-000 | NA | $73,170.82 | $73,170.82 | $556.17 |
| 4 | BYLINE BANK | 7100-000 | NA | $228,102.00 | $228,102.00 | $1,733.80 |
| 3 | DISCOVER BANK | 7100-000 | $3,329.03 | $3,435.25 | $3,435.25 | $26.11 |
| 2 | DISCOVER BANK | 7100-000 | $7,761.13 | $7,929.36 | $7,929.36 | $60.27 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY | 7100-000 | NA | $3,314.79 | $3,314.79 | $25.20 |
| 12 | PORTFOLIO RECOVERY | 7100-000 | NA | $716.22 | $716.22 | $5.44 |
| 11 | ROCK FUSCO & CONNELLY, LLC | 7100-000 | NA | $1,842.00 | $1,842.00 | $14.00 |
| 10 | PYOD, LLC | 7100-000 | NA | $1,160.37 | $1,160.37 | $8.82 |
| | A New Dairy; | | $111.52 | NA | NA | $0.00 |
| | A. Barr Sales Inc.; | | $120.00 | NA | NA | $0.00 |
| | Althoff Industries Inc.; | | $1,400.00 | NA | NA | $0.00 |
| | Amazon.com;Amazon Prime | | $3,120.26 | NA | NA | $0.00 |
| | Arlington Ridge Pathology PC; | | $188.64 | NA | NA | $0.00 |
| | Ashley Furniture Homestore; | | $1,176.70 | NA | NA | $0.00 |
| | Banana Republic/ c/o Synchrony | | $665.54 | NA | NA | $0.00 |
| | Best Buy Credit Services; | | $1,314.51 | NA | NA | $0.00 |
| | Brass Tap Beverage Systems Inc.; | | $120.00 | NA | NA | $0.00 |
| | CBC Specialty Beverage; | | $298.25 | NA | NA | $0.00 |
| | CEPAmerica Illinois LLP; | | $731.00 | NA | NA | $0.00 |
| | CEPAmerica Illinois LLP; | | $770.00 | NA | NA | $0.00 |
| | Chase-Cardmember Service; | | $3,133.18 | NA | NA | $0.00 |
| | Chase-Cardmember Service; | | $4,660.62 | NA | NA | $0.00 |
| | Citi Cards; | | $800.46 | NA | NA | $0.00 |
| | Comcast Business; | | $7,749.71 | NA | NA | $0.00 |
| | ComEd; | | $2,691.93 | NA | NA | $0.00 |
| | Connie Phillipas; | | $39,000.00 | NA | NA | $0.00 |
| | Cozzini Bros. Inc.; | | $758.00 | NA | NA | $0.00 |
| | DnD Fire Protection; | | $80.00 | NA | NA | $0.00 |
| | Ecolab Inc.; | | $204.90 | NA | NA | $0.00 |
| | Edward Don & Company; | | $2,848.57 | NA | NA | $0.00 |
| | Effie Stevens Designs; | | $100.00 | NA | NA | $0.00 |
| | El Milagro Inc.;c/o South Central | | $853.53 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Erie Insurance; | | $2,917.00 | NA | NA | $0.00 |
| | Erie Insurance; | | $4,101.56 | NA | NA | $0.00 |
| | Euthenics Inc.; | | $4,600.22 | NA | NA | $0.00 |
| | Howard Packaging LLC; | | $821.25 | NA | NA | $0.00 |
| | Imperial Surveillance Inc.; | | $170.00 | NA | NA | $0.00 |
| | J&R Cleaners LLC; | | $6,000.00 | NA | NA | $0.00 |
| | Julio Ochoa;[NEED ADDRESS] | | $6,170.00 | NA | NA | $0.00 |
| | Lee's Foodservice Parts & | | $1,191.28 | NA | NA | $0.00 |
| | Liquid Concessions; | | $6,050.00 | NA | NA | $0.00 |
| | Mickey's Linen & Towel Supply; | | $865.56 | NA | NA | $0.00 |
| | MITE Printing Graphics; | | $1,895.00 | NA | NA | $0.00 |
| | Northwest Community | | $2,789.12 | NA | NA | $0.00 |
| | Northwest Community | | $6,608.86 | NA | NA | $0.00 |
| | OpenTable Inc.;One | | $1,986.40 | NA | NA | $0.00 |
| | Reinhart Foodservice; | | $10,044.43 | NA | NA | $0.00 |
| | Republic Equity Credit Services; | | $14,700.00 | NA | NA | $0.00 |
| | Rock Fusco & Connelly LLC; | | $1,842.00 | NA | NA | $0.00 |
| | T Glenview Center IL LLC; | | $21,312.35 | NA | NA | $0.00 |
| | TriMark Marlinn; | | $1,981.76 | NA | NA | $0.00 |
| | U.S. Small Business | | $176,250.00 | NA | NA | $0.00 |
| | Verde Sustainable Solutions; | | $1,137.04 | NA | NA | $0.00 |
| | Waste Management; | | $12,000.00 | NA | NA | $0.00 |
| | Zeno Popa; | | $39,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $411,492.38 | $334,572.09 | $334,572.09 | $2,543.08 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Case No:** 18-06458  
**Case Name:** GASS, ANDREW B.  
GASS, ASTA  
**For Period Ending:** 01/09/2019  

**Judge:** A. Benjamin Goldgar  

**Trustee Name:** Andrew J. Maxwell  
**Date Filed (f) or Converted (c):** 03/06/2018 (f)  
**341(a) Meeting Date:** 04/10/2018  
**Claims Bar Date:** 07/20/2018  

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 603 S. Arlington Heights rd Arlington Height IL | 329,000.00 | 0.00 | | 0.00 | FA |
| 2. | 2016 Hyundai Tucson Sport mileage: 31000 | 12,600.00 | 0.00 | | 0.00 | FA |
| 3. | 2012 Jeep Liberty mileage: 90000 | 6,700.00 | 0.00 | | 0.00 | FA |
| 4. | 2 couches, 2 arm chairs, 1 love seat, 1 bed, 1 cof | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. | 2 TVs, 1 desktop computer, 1 laptop, 2 printers, 2 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. | 2 Bicycles | 300.00 | 0.00 | | 0.00 | FA |
| 7. | Men's wearing apparel Women's wearing apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. | Misc. Jewelry and 10 watches | 1,600.00 | 0.00 | | 0.00 | FA |
| 9. | 2 dogs | 1.00 | 0.00 | | 0.00 | FA |
| 10. | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 11. | JPMorgan Chase Bank, N.A. PO Box 659754 San Antoni | 619.29 | 0.00 | | 0.00 | FA |
| 12. | JPMorgan Chase Bank, N.A. PO Box 659754 San Antoni | 689.42 | 0.00 | | 0.00 | FA |
| 13. | JPMorgan Chase Bank, N.A. PO Box 659754 San Antoni | 9.92 | 0.00 | | 0.00 | FA |
| 14. | Devon Bank 950 Milwaukee Ave. Glenview, IL 60025 | 302.17 | 0.00 | | 0.00 | FA |
| 15. | Acorn Online Investment | 450.00 | 0.00 | | 0.00 | FA |
| 16. | Acorn Online Investment | 541.00 | 0.00 | | 0.00 | FA |
| 17. | Uno Mas Cucina and Tequila, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 18. | Unpaid Loans from Uno Mas Cucina and Tequila, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 19. | collateral for Byline Bank loan (UCC-1 filed 2/17/ | Unknown | 0.00 | | 0.00 | FA |
| 20. | TAX REFUND (u) | 19,562.00 | 8,281.75 | | 8,281.75 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-06458 | Judge: | A. Benjamin Goldgar | Trustee Name: | Andrew J. Maxwell |
| Case Name: | GASS, ANDREW B. | | | Date Filed (f) or Converted (c): | 03/06/2018 (f) |
| | GASS, ASTA | | | 341(a) Meeting Date: | 04/10/2018 |
| For Period Ending: | 01/09/2019 | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 376,474.80 | 8,281.75 | | 8,281.75 | 0.00 |

Re Prop. #1   Single-family home, P.I.N. 03-32-304-001-0000; 03
Re Prop. #20   2018 Federal and Illinois tax refund (amended schedule A/B)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11-9-18 distribution checks issued
TFR submitted August 2018; set for hearing November 7, 2018
tax refund collected, exemption paid; IRS applied large part of refund that Trustee sought to recover
341 meeting held on April 10, 2018
2017 REFUND 18,248 EIC= 0, some wildcard exemption applied
RE VALUE(REDFIN 366K, ZILLOW 300K ,REALTOR 400K) question
SEVERAL BANK ACCOUNTS (failed restaurant business)

**Initial Projected Date of Final Report(TFR) :** 12/31/2018       **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**   /s/Andrew J. Maxwell       **Date:**   01/09/2019
Andrew J. Maxwell
3010 N. California Avenue
Chicago, IL 60618
Phone : (312) 368-1138

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-06458 | Trustee Name: | Andrew J. Maxwell |
| Case Name: | GASS, ANDREW B. | Bank Name: | Associated Bank |
| | GASS, ASTA | Account Number/CD#: | ******3035 Checking Account |
| Taxpayer ID No: | **-***7055 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/9/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/11/2018 | [20] | UNITED STATES TREASURY | TAX RETURNS 2017 | 1224-000 | 8,281.75 | | 8,281.75 |
| 06/07/2018 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,271.75 |
| 07/03/2018 | 10001 | ANDREW AND ASTA GASS 603 S. ARLINGTON HEIGHTS RD ARLINGTON HEIGHTS , IL 60005 | EXEMPTION | 8100-002 | | 4,848.44 | 3,423.31 |
| 07/09/2018 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.90 | 3,411.41 |
| 08/07/2018 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,401.41 |
| 09/28/2018 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 3,401.41 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 8,281.75 | 8,281.75 |
| **COLUMN TOTALS** | 8,281.75 | 8,281.75 |
| Less:Bank Transfer/CD's | 0.00 | 3,401.41 |
| **SUBTOTALS** | 8,281.75 | 4,880.34 |
| Less: Payments to Debtors | | 4,848.44 |
| **Net** | 8,281.75 | 31.90 |

UST Form 101-7-TDR (10/1/2010) (Page 9) **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 18-06458 | |
| Case Name: | GASS, ANDREW B. | |
| | GASS, ASTA | |
| Taxpayer ID No: | **-***7055 | |
| For Period Ending: | 1/9/2019 | |

| | |
|---|---|
| Trustee Name: | Andrew J. Maxwell |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******4328 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/28/2018 | | Transfer from Associated Bank | Transfer from Associated Bank | 9999-000 | 3,401.41 | | 3,401.41 |
| 11/09/2018 | 52001 | Clerk of the Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Remitted to Court | 7100-001 | | 3.94 | 3,397.47 |
| 11/09/2018 | 52002 | Andrew J. Maxwell<br>3010 N. California<br>Chicago, IL 60618 | | 2100-000 | | 858.33 | 2,539.14 |
| 11/09/2018 | 52003 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany , OH 43054-3025 | Disb of 0.76% to Claim #2 | 7100-000 | | 60.27 | 2,478.87 |
| 11/09/2018 | 52004 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany , OH 43054-3025 | Disb of 0.76% to Claim #3 | 7100-000 | | 26.11 | 2,452.76 |
| 11/09/2018 | 52005 | BYLINE BANK<br>C/O DAVID L HAZAN GRACH<br>MASINI, HAZAN & GURYSH, LLP<br>I40 S MILWAUKEE AVE<br>LIBERTYVILLE , IL 60048 | Disb of 0.76% to Claim #4<br>(4-1) Money loaned;(4-1) Modifiedon 4/26/18 to correct creditor's address (MR) | 7100-000 | | 1,733.80 | 718.96 |
| | | | Page Subtotals | | 3,401.41 | 2,682.45 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-06458 | Trustee Name: | Andrew J. Maxwell |
| Case Name: | GASS, ANDREW B. | Bank Name: | Texas Capital Bank |
| | GASS, ASTA | Account Number/CD#: | ******4328 Checking Account |
| Taxpayer ID No: | **-***7055 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/9/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/09/2018 | 52006 | OLD REPUBLIC INSURANCE COMPANY<br>c/o Republic Equity Credit Services<br>307 N. Michigan Ave. 13th Fl<br>Chicago , IL 60601-5382 | Disb of 0.76% to Claim #5<br>(5-1) Modified on 5/4/18 to correct creditor's name/address (MR) | 7100-000 | | 556.17 | 162.79 |
| 11/09/2018 | 52007 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte , NC 28272-1083 | Disb of 0.76% to Claim #6 | 7100-000 | | 23.75 | 139.04 |
| 11/09/2018 | 52008 | REINHART FOODSERVICE, LLC<br>Attn: Jeff Peters<br>100 Harborview Plaza<br>La Crosse , WI 54601 | Disb of 0.76% to Claim #7 | 7100-000 | | 76.35 | 62.69 |
| 11/09/2018 | 52009 | SYNCHRONY BANK<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk , VA 23541 | Disb of 0.76% to Claim #8<br>(8-1) Ashley Home Stores or GEMB or GECRB | 7100-000 | | 9.23 | 53.46 |
| 11/09/2018 | 52010 | PYOD, LLC<br>PO BOX 19008<br>GREENVILLE , SC 29602 | Disb of 0.76% to Claim #10 | 7100-000 | | 8.82 | 44.64 |
| 11/09/2018 | 52011 | ROCK FUSCO & CONNELLY, LLC<br>321 N. Clark St., Ste. 2200<br>Chicago , IL 60654 | Disb of 0.76% to Claim #11 | 7100-000 | | 14.00 | 30.64 |
| | | | | Page Subtotals | 0.00 | 688.32 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-06458 | Trustee Name: | Andrew J. Maxwell |
| --- | --- | --- | --- |
| Case Name: | GASS, ANDREW B. | Bank Name: | Texas Capital Bank |
| | GASS, ASTA | Account Number/CD#: | ******4328 Checking Account |
| Taxpayer ID No: | **-***7055 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/9/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/09/2018 | 52012 | PORTFOLIO RECOVERY ASSOCIATES, LLC Successor to SYNCHRONY BANK (BANANA REPUBLIC) POB 41067 Norfolk , VA 23541 | Disb of 0.76% to Claim #12 | 7100-000 | | 5.44 | 25.20 |
| 11/09/2018 | 52013 | PORTFOLIO RECOVERY ASSOCIATES, LLC Successor to SYNCHRONY BANK (AMAZON) POB 41067 Norfolk , VA 23541 | Disb of 0.76% to Claim #13 | 7100-000 | | 25.20 | 0.00 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 0.00 | 30.64 |
| **COLUMN TOTALS** | 3,401.41 | 3,401.41 |
| Less:Bank Transfer/CD's | 3,401.41 | 0.00 |
| **SUBTOTALS** | 0.00 | 3,401.41 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 3,401.41 |

| | | |
| --- | --- | --- |
| All Accounts Gross Receipts: | 8,281.75 | |
| All Accounts Gross Disbursements: | 8,281.75 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******3035 Checking Account | 8,281.75 | 4,880.34 | |
| ******4328 Checking Account | 0.00 | 3,401.41 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-06458 | Trustee Name: | Andrew J. Maxwell |
| Case Name: | GASS, ANDREW B. | Bank Name: | Texas Capital Bank |
| | GASS, ASTA | Account Number/CD#: | ******4328 Checking Account |
| Taxpayer ID No: | **-***7055 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/9/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 8,281.75 | 8,281.75 | 0.00 |